**Chad Stavley, OSB No. 034656**
LAW OFFICE OF CHAD STAVLEY, P.C.
434 NW 19th Avenue
Portland, OR 97209
Phone: (503) 546-8812
Facsimile: (503) 243-1944
chad@oregonaccidentattorney.com

**Nadia Dahab, OSB No. 125630**
SUGERMAN LAW OFFICE
707 SW Washington St. Ste. 600
Portland, OR 97205
Phone: (503) 228-6474
nadia@sugermanwlawoffice.com

**John M. Coletti, OSB No. 942740**
PAULSON COLETTI TRIAL ATTORNEYS PC
1022 NW Marshall Street, Suite 450
Portland, OR 97209
Phone: (503) 226-6361
Facsimile: (503) 226-6276
john@paulsoncoletti.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRENDA KAY NORDENSTROM, personal representative for the Estate of Bryan Perry, Deceased; and BRENDA KAY NORDENSTROM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC., a Tennessee Corporation; CLACKAMAS COUNTY, an Oregon county; JANA RACKLEY, an individual; CAMILLE VALBERG, an individual; NADIA PETROV, an individual; ALEX SALAZAR, M.D., an individual; SHAWN SHULTZ, an individual; BENJAMIN LEFEVER, an individual; MATT SAVAGE, an individual; RICKY PAURUS, an individual; LACEY SANDQUIST, an individual; RICHARD TAYLOR, an individual; NICK JOHNSON, an individual; MATRONA SHADRIN, an individual; and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 3:18-cv-01754-HZ<br><br>**DECLARATION OF NADIA DAHAB IN SUPPORT OF PLAINTIFF'S RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

I, Nadia Dahab, upon my personal knowledge, submit this declaration pursuant to 28 U.S.C. § 1746, in support of Plaintiff's Responses in Opposition to Defendant Clackamas County, the Individual County Defendants, and the Corizon Defendants' ("Defendants") Motions for Summary Judgment.

1. I am attorney in good standing with the Oregon State Bar and counsel for Plaintiff in the above-captioned matter. I have personal knowledge of the following facts and, if called to testify, I could and would competently do so.

2. In support of Plaintiff's Responses in Opposition to Defendants' Motions for Summary Judgment, I hand-delivered to the U.S. District Court a USB flash drive containing 11 video files in .MP4 format. The videos were produced by Defendants in the above-captioned matter and converted to .MP4 format for submission to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th day of January, 2021.

/s/ Nadia H. Dahab
**Nadia Dahab, OSB No. 125630**
SUGERMAN LAW OFFICE
707 SW Washington St. Ste. 600
Portland, OR 97205
Phone: (503) 228-6474
nadia@sugermanwlawoffice.com