# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Oregon**

U.S. District Court case number: **3:18-cv-01754-HZ**

Date case was first filed in U.S. District Court: **10/02/2018**

Date of judgment or order you are appealing: **06/18/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Ricky Paurus
Lacey Sandquist
Matrona Shadrin

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Bodyfelt Mount LLP

319 SW Washington Street, Suite 1200

City: Portland   State: OR   Zip Code: 97204

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Vicki M. Smith   **Date** July 14, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Ricky Paurus<br>Lacey Sandquist<br>Matrona Shadrin |

Name(s) of counsel (if any):

| |
|---|
| Vicki M. Smith, Bodyfelt Mount LLP |

Address: 319 SW Washington St., Suite 1200, Portland, OR 97204

Telephone number(s): (503) 595-7801

Email(s): smith@bodyfeltmount.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Brenda Kay Nordenstrom, personal representative for the Estate of Bryan Perry, Deceased; and Brenda Kay Nordenstrom, an individual |

Name(s) of counsel (if any):

| |
|---|
| Chad Stavley, Law Office of Chad Stavley, P.C. |

Address: 434 NW 19th Ave., Portland, OR 97209

Telephone number(s): (503) 546-8812

Email(s): chad@oregonaccidentattorney.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          1          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Ricky Paurus
Lacey Sandquist; Matrona Shadrin

Name(s) of counsel (if any):

Scott C. Ciecko, Office of Clackamas County Counsel

Address: 2051 Kaen Road, Oregon City, OR 97045

Telephone number(s): (503) 742-5390

Email(s): sciecko@clackamas.us

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Brenda Kay Nordenstrom, personal representative for the Estate of Bryan Perry, Deceased; and Brenda Kay Nordenstrom, an individual

Name(s) of counsel (if any):

John M. Coletti, Paulson Coletti Trial Attorneys PC

Address: 1022 NW Marshall St., Suite 450, Portland, OR 97209

Telephone number(s): (503) 226-6361

Email(s): john@paulsoncoletti.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          2          New 12/01/2018